■

CHESTER COUNTY RETIREMENT SYSTEM, individually, and on behalf of all those similarly situated, Plaintiff Below, Appellant,

v.

Joshua L. COLLINS, David A. Willmott, Robert E. Beasley, Jr., Ronald Cami, Andrew C. Clarke, Nelda J. Connors, E. Daniel James, Harold E. Layman, Max L. Lukens, Daniel J. Obringer, Blount International, Inc., American Securities LLC, P2 Capital Partners, LLC, P2 Capital Master Fund I, L.P., ASP Blade Intermediate Holdings, Inc., ASP Blade Merger Sub, Inc. and Goldman Sachs & Co., Defendants Below, Appellee.

No. 603, 2016

Supreme Court of Delaware.

Submitted: June 7, 2017

Decided: June 15, 2017

Court Below: Court of Chancery of the State of Delaware, C.A. No. 12072

AFFIRMED.

■

Lena D. LEWIS, Defendant Below–Appellant,

v.

TRUMARK FINANCIAL CREDIT UNION, Plaintiff Below–Appellee.

No. 500, 2016

Supreme Court of Delaware.

Submitted: April 21, 2017

Decided: June 15, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N11L–11–017

AFFIRMED.

■

Adrienne DORMAN, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 29, 2017

Supreme Court of Delaware.

Submitted: June 6, 2017

Decided: June 15, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1603014059 (N)

AFFIRMED.

